UNITED STATES of America v. Herbert George HOUSE.

No. 3372.

Circuit Court of Appeals, Tenth Circuit.

July 15, 1946.

See also, 10 Cir., 144 F.2d 555.

Cloen A. Summers, U. S. Atty., and Francis Stewart, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.

No appearance for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant.

UNITED STATES of America v. W. A. MOORE, Administrator, Estate of Pink Vaughn, Deceased.

No. 10296.

Circuit Court of Appeals, Sixth Circuit.

July 8, 1946.

David C. Walls, of Louisville, Ky., for appellant.

Howell W. Vincent, of Covington, Ky., for appellee.

PER CURIAM.

The motion of appellant filed June 21, 1946, to docket and dismiss appeal, D.C., 59 F.Supp. 660, is granted and the appeal is hereby docketed and dismissed.